[No. 18667–1–I.   Division One.   March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY DAVIS HARRISON, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 85-1-02662-1, Robert E. Dixon, J., entered June 17, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Webster, J., and Ringold, J. Pro Tem.